**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Bradley Allen McHorse,                                    No. 26-cv-2053 (KMM/ECW)

      Plaintiff,

v.                                                                          **ORDER**

The State of Minnesota and Keith Ellison,

      Defendants.

---

On April 27, 2026, United States Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation (R&R) recommending dismissal of this action without prejudice and denial of Plaintiff Bradley Allen McHorse's application to proceed *in forma pauperis*. (Dkt. 3.) The time for Mr. McHorse to object to the R&R expired on May 11, 2026. Fed. R. Civ. P. 72(b)(2) (giving a party 14 days to object to an R&R). To date, Mr.has not filed not filed any objections to the R&R. Therefore, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's review of the R&R and Mr. McHorse's Complaint (Dkt. 1), the Court finds no error and adopts the R&R. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 3) is **ACCEPTED**;

2. Plaintiff Bradly Allen McHorse's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**, for lack of jurisdiction, to the extent it (a) brings claims against the State of Minnesota or against Defendant Keith Ellison as sued in his official capacity, or (b) he requests relief on behalf of others as discussed above.

3.  The Complaint is **DISMISSED WITHOUT PREJUDICE** as frivolous to the extent it brings any individual-capacity claims against Ellison.

4.  Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED** as moot.

**Let Judgment be entered accordingly**.

Date: June 1, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge